**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

January 2, 2024

1/2/24

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Case Adj'd to Feb. 22, 2024 at 2pm — time excluded through Feb 22, in the interest of justice, to facilitate plea discussions
>
> /s/ Colleen McMahon

Re: *United States v. Khaim Mavlyanov*, 23 Cr. 415 (CM)

Dear Judge McMahon:

With the consent of the defendant, the Government respectfully writes to request an adjournment of the next status conference in the above-referenced matter for 30 days.. The parties are engaged in discussions regarding potential pretrial resolution of this matter, and the Government requests the additional time before the next status conference to continue those discussions.

The Government also respectfully requests, with the consent of the defendant, that the time between today and the adjourned status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will, as referenced above, allow the parties to continue discussions regarding the possibility of pretrial resolution of this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ____/s/____
Jonathan L. Bodansky
Matthew R. Shahabian
Assistant United States Attorneys
(212) 637-2385 / -1046

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/24

cc: James Kousouros, Esq.