U.S. Department of Justice

United States Attorney
Southern District of New York

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

MEMO ENDORSED

October 27, 2024

10/28/24

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Case adj to Dec 5, 2024 at 12:00 p.m. — time excluded through Dec 5, in the interest of justice to facilitate plea discussions.*

/s/ Colleen McMahon

Re: **United States v. Khaim Mavlyanov, 23 Cr. 415 (CM)**

Dear Judge McMahon:

The parties respectfully write to request an approximately 30-day adjournment of the next status conference in the above-referenced matter, currently scheduled for October 30, 2024. The parties are actively engaged in discussions regarding a potential pretrial resolution of this matter and request the additional time to continue those discussions.

The Government also respectfully requests, with the consent of the defendant, that the time between today and the adjourned status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue discussions regarding the possibility of pretrial resolution of this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
Jonathan L. Bodansky
Matthew R. Shahabian
Assistant United States Attorneys
(212) 637-2385 / -1046

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/24

cc: James Kousouros, Esq.