**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 21, 2025

MEMO ENDORSED 3/24/25

Case Adj to April 17, 2025 at 4PM — time excluded through April 17, in the interest of Justice, to facilitate plea discussions

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Khaim Mavlyanov*, 23 Cr. 415 (CM)

Dear Judge McMahon:

The parties respectfully write to request that the Court set a control date of April 17, 2025 in the above-referenced matter, by which time the parties anticipate having reached a pretrial resolution of the case. The Government also respectfully requests, with the consent of the defendant, that the time between today and April 17, 2025 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue discussions regarding pretrial resolution of this matter.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____/s/_____
Jonathan L. Bodansky
Matthew R. Shahabian
Assistant United States Attorneys
(212) 637-2385 / -1046

cc:   James Kousouros, Esq.
      Boris R. Nektalov, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-25