# JAMES KOUSOUROS
ATTORNEY AT LAW

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

EMMA J. COLE
LEGAL ASSISTANT

October 27, 2025

*MEMO ENDORSED*

10/28/25

Sentencing Adj to January 28, 2026 at 12pm.

/s/ Colleen McMahon

By ECF

Hon. Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Khaim Mavlyanov*, 23 Cr. 415 (CM)

Dear Judge McMahon:

This letter is respectfully submitted to request a 45-day continuance of the sentence in the above-captioned matter currently scheduled for November 13, 2025. Over the past two months we have been consulting with the Government concerning information that came to light after the plea was taken. We are conferring with the Government concerning these matters and we will work diligently to resolve them.

The Government has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Mavlyanov*

c.c.   All Counsel of Record (By ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/25